**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7248**

_____

HECTOR MARROQUIN GALDAMEZ,

Plaintiff - Appellant,

v.

DIRECTOR GAIL WATTS; OFFICER J. SHERMAN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:21-cv-03006-JRR)

_____

Submitted:  April 25, 2023                 Decided:  April 28, 2023

_____

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Hector Marroquin Galdamez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Marroquin Galdamez appeals the district court's order denying relief in his 42 U.S.C. § 1983 action, in which he asserted that Defendants failed to protect him from other inmates, in violation of the Eighth Amendment.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Galdamez v. Watts*, No. 1:21-cv-03006-JRR (D. Md. filed Oct. 26, 2022 & entered Oct. 27, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*